IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HEARTHSTONE MULTI-ASSET ENTITY, D, L.P. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-00506-CB-N |
| | ) |
| THE MITCHELL COMPANY, INC. and JDC ACQUISITION CORP., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In light of the Plaintiff's Motion to Enforce Settlement Agreement and Defendants' response thereto consenting to the entry of judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff, Hearthstone Multi-Asset Entity, D, L.P. recover of the Defendants, The Mitchell Company, Inc. and JDC Acquisition Corp., two million five hundred thousand and no/100ths ($2,500,000.00) dollars.

**DONE** this the 29th day of May, 2012.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**